UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | : |  |
| --- | --- | --- |
| UNITED STATES OF AMERICA | : | Docket No.: 21-cr-00692 (VEC) |
|  | : |  |
|  | : | **DECLARATION OF** |
|  | : | **ERIC R. BRESLIN** |
| vs. | : |  |
|  | : |  |
|  | : |  |
| OSCAR HENAO-MONTOYA, REHINNER | : |  |
| MONTOYA-GARCIA, JUAN FILIPE | : |  |
| SANTIBANEZ, and OLMES DURÁN | : |  |
| IBARGÜEN, | : |  |
|  | : |  |
| Defendants. | : |  |

Eric R. Breslin declares under penalty of perjury that the following is true and correct:

1.      I am a partner at Duane Morris, LLP, counsel for Olmes Durán Ibargüen in this matter.  I submit this Declaration in support of Defendant Durán Ibargüen's motion for a bill of particulars.

2.      Attached as Exhibit "A" is a true and correct copy of Government Disclosure USAO_000424-000434 (summary English translation of recordings from August 25, 2021).

3.      Attached as Exhibit "B" is a true and correct copy of Government Disclosure USAO_000447-000453 (summary English translation of recordings from August 31, 2021).

4.      Attached as Exhibit "C" is a true and correct copy of Government Disclosure USAO_000482-000486 (summary English translation of recordings from October 17, 2020).

5.      Attached as Exhibit "D" is a true and correct copy of Government Disclosure USAO_000487-000498 (summary English translation of recordings from October 18, 2020).

6.      Names of confidential government sources have been redacted for the public ECF filing upon request of the government and consent of Mr. Durán Ibargüen.  Unredacted copies of the exhibits will be provided to the Court via email and hard copy delivery.

Dated: May 31, 2024
         Florham Park, New Jersey

                                             */s/ Eric R. Breslin*
                                             Eric R. Breslin, Esq.