# Exhibit A

██████████ / Cali, Colombia. August 25, 2021/ Duran, Montoya, Duran's Godson and Intelligence Officer.

| | |
|---|---|
| **Case Agent:** | Kirk, Jeremy |
| **Product Type:** | Video Recordings. |
| **Duration:** | 8 videos of 00:20:00 minutes each |
| **Source:** | ███████ / Duran, Intelligence officer, Duran's son and Montoya. |
| **Date:** | 2021-25-08 Cali, Colombia |

**Participants:**  Olmes DURAN-Ibarguen
 DURAN's God-son
Rehinner MONTOYA-Garcia
CS2: Confidential Source 2 ████████
UF: Unidentified Female
Oscar Henao-Montoya
Tigre (Bodyguard)
Oscar's son in law

**Completed by:**    AMMorris

Note: [Translator's remarks are provided in parentheses]

[SIC] = The word is quoted exactly like that.

[NFI] = No Further Information provided.

[I/A] = Inaudible

[U/I] = Unintelligible

*English in Italics*

**Kirk, Jeremy**                                                                                 **August 25, 2021**

USAO_000424

███████ / **Cali, Colombia. August 25, 2021/ Duran, Montoya, Duran's Godson and Intelligence Officer.**

**Part 1**

Summary:

[Beginning of Recording]

CS2 states that today is already the 25 of August, adding that time goes by very fast. CS2 asks Montoya if the meeting was not at 1:00 because it is already 1:41. CS2 asks if the city of Ciudad Jardin is a suburb of Cali. Montoya replies yes. CS2 asks Montoya if he (Montoya) had been in this restaurant before. Montoya replies yes, several times. CS2 asks Montoya what the name of the restaurant is. Montoya replies, "Rodizio Rio De Janeiro". CS2 comments that this place is designed like for narcos.  Montoya asks CS2 if ████ (CS1) is living in Brazil. CS2 replies no, adding that he went to visit his wife's family. CS2 and Montoya engage in a conversation about CS1 and his (CS1) relationship with the in-laws. CS2 states that CS1's wife and family speak Portuguese and are from Brazil, adding that she (CS1's wife) was born is Bolivia.
Montoya says that he saw her (CS1's wife) in Puerto Quijarro, by the Brazil border.
CS2 tells Montoya that they are coming. Montoya comments that this is his boss. CS2 asks Montoya if he is talking about Oscar. Montoya replies yes. CS2 asks where the black guy and asks Montoya who the other one is. Montoya replies [U/I].
Oscar arrives with his son in law and greet CS2 and Montoya. CS2 asks Oscar's son in law if he was in the house yesterday. Oscar's son in law replies yes.
Oscar introduces his (Oscar) son in law to CS2 and says that this is the husband of his (Oscar) daughter. Oscar states that he will be right back. Montoya says that they are going to go ahead and have lunch.

[ASIDE: Server offers participants food and drinks]

Montoya comments that CS2 asked for Oscar's phone number. Oscar states that he [NFI] is in politics and loves Lucho very much. CS2 comments that he talked to Lucho. CS2 tells Oscar not to please everybody. CS2 states that he (CS2) is just a mediator and has to report to his boss. Participants engage in a conversation about alcoholic drinks and food. Oscar says that he took him [NFI] to the Irotama Club in Santa Marta, adding that he [NFI] wanted to buy an apartment there (Irotama Club). Oscar states that he introduced Mr. Jaime from the club to him [NFI]. Oscar says that the guy brings too many people to the club and Mr. Jaime decided not to sell him an apartment.

[ASIDE: Server brings the food to the table.]

Oscar states that only the elites go to Irotama, adding that the politicians can walk free inside the club because the bodyguards are outside.

[End of Recording]

**Kirk, Jeremy**                                                                 **August 25, 2021**

███████ / **Cali, Colombia. August 25, 2021/ Duran, Montoya, Duran's Godson and Intelligence Officer.**

## Part 2

Summary:

[Beginning of Recording]

Oscar states that when he was at the club, Norberto arrived with his partner Antonio, adding that the Club board did not want to sell t an apartment to them. Oscar notes that they are famous people from Bogota.
[ASIDE: Participants comments about the food]
Montoya asks Oscar if he met with Marco. Oscar replies yes. Participants engage in a conversation about COVID.
CS2 mentions the guy that is in jail wanted to kill Uribe. [Laughs]
Oscar states that the guy [NFI] hid in his (Oscar) farm. Oscar adds that he (Oscar) gave away mangoes from his farm to the soldiers of the base that is next door, adding that when the soldiers left, the guy stayed and left him (Oscar) a suitcase with 25 (kilos). Oscar states that the guy was from the base as well and asked Oscar to claim that suitcase in Spain for him (Oscar). Oscar states that four days after the guy left, he was on the news and he (Oscar) was very scared because he did not know that the guy was in trouble. CS2 asks Oscar who arrested him. Oscar replies the DEA. CS2 asks Oscar to explain how that happened. Oscar replies that the guy sent two suitcases of 25 and gave one to Oscar before going to Bogota. Oscar adds that the guy had more problems before because he gave 3,000,000 dollars to the Choco communities and people suspected about that large amount of money.
[ASIDE: Participants engage in a conversation about the food they are eating.]
CS2 asks Oscar who is supposed to speak. Oscar replies that the ones who will speak are, Dr. Olmes [Duran], CS2 and him (Oscar).
[ASIDE: Server approaches to offer participants more food.]

[End of Recording]

## Part 3

Summary:

[Beginning of Recording]

Participants continue talking about food.
[ASIDE: Oscar speaks on the phone.]
Oscar asks CS2 if he (Duran) will pick them (CS2 et al) up to go to Duran's God-son apartment. CS2 replies yes.

**Kirk, Jeremy**                                                                                 **August 25, 2021**

██████████ / **Cali, Colombia. August 25, 2021/ Duran, Montoya, Duran's Godson and Intelligence Officer.**

[ASIDE: Oscar speaks on the phone and asks caller to give them some time while they finish eating.]

[ASIDE: Phone rings. Oscar tells caller that he already asked for the check and he will leave shortly.]

CS2 tells Oscar to ask Duran if he wants something to eat. [ASIDE: Oscar tells caller that they will wait for him here (restaurant)]

Oscar asks CS2 if it is okay that he (Duran) comes, picks them up, and then go to the apartment. CS2 replies it is okay.

[Noise in Background]

Montoya comments that Oscar went to a celebration with his (Oscar) brother and he (brother) died the next day.

Oscar tells Montoya to tell Duran to wait for them outside. Participants leave the restaurant and wait on the street to be picked up. [Noise in Background]

Oscar states that there was a Bank called the Anglo Americano Bank, adding that he had many accounts in other banks but he (Oscar) wanted to open one there. Oscar states that he finally opened the account and got a checkbook and credit cards but that they closed his account because things were difficult. Oscar says that they started to seize his properties.

[Noise in Background] [U/I].

Oscar mentions Puerto Rico.

[Heavy Noise in Background].

[End of Recording]

**Part 4**

Summary:

[Beginning of Recording]

[Heavy Noise in Background]

Oscar mentions Varela. [U/I]

CS2 asks the driver to turn the air conditioning on. [ASIDE: Duran is heard saying that he is coming.]

CS2 asks Oscar if he knows where he is. Oscar comments that they can pick him up further up the road because he is coming down on this road. CS2 asks Oscar if he knows his (Duran) car. Oscar replies yes, adding that he has many cars.

CS2 invites Oscar to Dominican Republic, further asking if he has been there. Oscar that if he invites him, he will go but that he has never been there. Oscar comments that he sent Fernando, his son there (Dominican Republic) as a high school graduation gift.

**Kirk, Jeremy**                                                                            **August 25, 2021**

**██████ / Cali, Colombia. August 25, 2021/ Duran, Montoya, Duran's Godson and Intelligence Officer.**

CS2 asks Montoya where the other man is, adding the one who was supposed to go with them. Montoya asks Oscar if he (man) will come. CS2 says that they (CS2 and Oscar) are partners in this business and that he (Oscar) has to authorize what they will do after they confirm what there's over there. Oscar replies that he (Oscar) will go with him (CS2). Oscar add that Marquitos will go with Alex later to talk to him (CS2). Oscar tells CS2 that he (CS2) has to analyze the people that work with him and decide who he (CS2) wants to work with.

Oscar says that one day, Ivan his brother in law called while he (Oscar) was in the laboratory on the mountain. Oscar adds that he told him (brother in law) that he was going to be done the next day and then he would go to the town of La Victoria. Oscar says that he got to his apartment in La Victoria and the guys from Ivan (aka La Firma) arrived and told Oscar to go to Ivan's farm in La Francia. Oscar adds that he went there and there was big party with about 30 people, adding that there were people who came from the United States. Oscar states that one of them was the brother of Mariano Ospina and all the team that had been selling (product) in the United States for Ivan. Oscar comments that Miguel Solano was there as well. Oscar states that Ivan introduced him (Oscar) to the people as the man who makes all the cocaine for him (Ivan). CS2 asks Ivan if he works for him. Oscar replies yes, adding that he is his (Oscar) cousin whose name is Ivan Ibanez. Oscar states that he used to make all the cocaine for him. Montoya notes that he (Ivan) is his (Oscar) cousin. Oscar comments that during those days they (Oscar et al) killed all those people by the Cauca River because those people were going to kill his (Oscar) brother. Oscar notes that the news were showing the dead people from Cauca every day. Oscar says that he (Ivan) introduced a man to him (Oscar) who used to buy (product) from Miguel and Bomba in the United States, adding that he (man) used to buy up to 1,000 (kilos) cash. Oscar tells CS2 that Ivan also said that the man came to talk to him (Ivan) because he was interested in buying more (product). Oscar says that he decided to leave the party and went to his apartment to take a shower, adding that when he came back they were drunk.

CS2 interrupts and asks Montoya and Oscar if they are supposed to wait for him (Duran) on this side. Oscar replies yes.

Oscar states that the man said that there were 12,000 kilos in New York that belonged to Mr. Hernando Restrepo. Oscar adds that the man was looking for people to organize a work team because they needed people to do the sales and to manage the money. Oscar comments that he told the man that he wanted to go. Oscar notes that some of them had a visa.

CS2 tells Tigre to open the door.

[Phone Rings]

[Telephone Conversation Begins]

Oscar tells caller that he is crossing the bridge right now. Caller says that he is by the traffic light. Oscar tells caller that they (Oscar et al) just saw him. Oscar says he is a block away from him.

[Telephone Conversation Ends]

Oscar continues telling the story about the business in New York. Oscar says that the man told him they would give him (Oscar) 5,000,000 dollars and that he would have to deliver it. Oscar says that the other men had other assignments. Oscar states that he went Hernando Restrepo's house because he wanted to talk to him (Oscar) and to the people that were going to do the job. Oscar

**Kirk, Jeremy**                                                                                          **August 25, 2021**

**█████████ / Cali, Colombia. August 25, 2021/ Duran, Montoya, Duran's Godson and Intelligence Officer.**

says that Hernando told him that he needed Orlando's authorization for Oscar to travel. Oscar says that he asked Hernando if he was going to go to New York to what he replied that he did not have a visa and that he was not going to travel. Oscar notes that Hernando said that whatever the profit was they were going to give him (Oscar) his share. CS2 asks Oscar if Orlando was his (Oscar) brother. Oscar confirms and states that he did not have a visa and thought about sneaking through the border. CS2 asks Oscar how he got the visa. Oscar replies that one of them told him that he could get him the visa in one day. Oscar adds that he got a phone call from one of the men that traveled to New York and asked Oscar to send "Boliqueso" over there (New York), adding that he (Oscar) told the man that he would talk to him (Boliqueso) about it.

[End of Recording]

## Part 5

Summary:

[Beginning of Recording]

Oscar states that he turned the TV on and the news showed they had arrested the men with the 12,000 kilos in New York. Oscar adds that the man that offered him the visa was form the DEA and he reported them. CS2 comments that no wonder he was offering him the visa in one day. Oscar notes that he (DEA agent) arrested them all. Montoya asks Oscar how many were arrested. Oscar replies 13. Oscar states that when one of them arrived he (Oscar) gave him 300,000,000 because he (Oscar) was doing very well.

Oscar comments that sending product by water works well. Montoya mentions Mauricio. Oscar says that there's a man from the paramilitary group that came to Cali on behalf of Otoniel, adding that he needs to meet with him tomorrow. CS2 comments that he can go too. CS2 asks Oscar if he knows Otoniel. Oscar replies yes.

[Phone Rings]

[Telephone Conversation Begins]

Oscar addresses caller as Doctor. Oscar asks caller if they can meet where they met the day before yesterday. Oscar says that he is visiting his sister in the hospital and after he is done he will go meet him (caller), adding that if it is not possible they can have breakfast tomorrow. Oscar says goodbye to caller.

[Telephone Conversation Ends]

**Kirk, Jeremy**                                                                 **August 25, 2021**

USAO_000429

**█████████ / Cali, Colombia. August 25, 2021/ Duran, Montoya, Duran's Godson and Intelligence Officer.**

Montoya asks Tigre if they had already been at this location before with Oscar. Tigre replies yes. [Noise in Background] [U/I]

Oscar mentions that the brother of Otoniel has been helping them (Oscar et al) with some things, adding that last week he (brother of Otoniel) sent him (Oscar) a message from the old man [Otoniel] saying that if he (Oscar) needed anything he could count on him. Oscar states that he called him today and asked Oscar to have breakfast tomorrow so that they could talk. Duran asks Oscar if he (brother of Otoniel) is fat and short. Oscar confirms. Duran asks if his name is Diego. Oscar replies no, adding that he used to hang out with Bambam. Duran asks Oscar to send him his picture.

Duran introduces his God-son to Oscar, CS2 and Montoya. Participants talk about games.

Duran asks CS2 what business they want to do. Oscar tells Duran that if he (Duran) needs to do business by water, he (Duran) can talk to him (CS2). CS2 replies that he has the management of the port. Duran asks where. CS2 replies in Dominican Republic. Duran comments that he can arrive by water to Santo Domingo but not to the port but that they could coordinate at what point on the water they (CS2 et al) would receive it in the Atlantic Ocean leaving from Cartagena. Duran states that he does have all the management through the Pacific Ocean, Panama, Costa Rica and even to Mexico. CS2 tells Duran that he (CS2) needs to place a phone call to check on that. Oscar comments that he (Oscar) introduced him (Duran) to Lucho and they spoke. Oscar adds that unfortunately things happened to Lucho. CS2 notes that he (CS2) spoke to Lucho and he (Lucho) said that the only way they could go to Santo Domingo was leaving from Cartagena. Oscar asks CS2 if he knows Mateo. CS2 asks Duran if he (Duran) can get the exit in Cartagena or only the merchandise. Oscar notes that they can get the merchandise here (Cali). Duran replies that he can get everything and that they could even take it up to Dominican Republic by water. CS2 asks Duran if he (Duran) can guarantee the port over there (Dominican Republic). Duran replies no but that he can arrive there.

[End of Recording]

**Part 6**

Summary:

[Beginning of Recording]

Duran asks CS2 how many miles from Dominican Republic they (CS2 et al) would meet him (Duran). CS2 replies about 180 miles. Duran asks how they will meet him. CS2 replies that he does not know but that he will have to coordinate with the guys that have the management. Duran asks CS2 if they (CS2) will meet him (Duran) with a small boat or a ship. CS2 replies on a small

**Kirk, Jeremy**                                                                                          **August 25, 2021**

██████ / Cali, Colombia. August 25, 2021/ Duran, Montoya, Duran's Godson and Intelligence Officer.

boat, adding that they are in constant communication with the Police Chief. Duran states that he has friends in Cartagena and that he can organize and do that. Duran says that he does not have confidence working from the Colombian ports because there are many informants and DEA. Oscar states that in Cartagena, one person hands the product and the other person steals it, adding that Andreas used to do that and now he is in prison. Oscar notes that Lucho and Beto have the management in Cartagena. CS2 comments that people pretend to lock the container and they steal it. Oscar says that the children of Zulma are in the Cartagena port now. CS2 asks how they would work by the water. Duran replies that he would use a fast boat or a ship. CS2 asks if a semi submarine works. Duran replies yes. CS2 asks for Duran's advice. Duran replies that he recommends Panama, Costa Rica or Mexico but he (CS2) would receive it (product) on the water. Duran adds that he can arrive in Dominican Republic through the Atlantic. CS2 asks Duran if he can go to Puerto Rico. Duran replies no. CS2 asks Duran what his (Duran) best route is. Duran replies Panama City, adding that he can help him (CS2) going up if he needs it. CS2 asks Duran if he has the management in the port of Panama. Duran replies yes, adding that he has the management at the Panama and the Cartagena ports. Duran comments that a relative helps him at the Panama port. CS2 asks Oscar for his opinion about the trip from here (Cali) to Panama. Oscar replies that from here to Panama is very short. Duran asks CS2 where he needs to go. Oscar interrupts and replies that he (CS2) needs to go to Los Angeles. CS2 notes that he is not going to Los Angeles, adding that he is going to New York. CS2 says that he is very clear, adding that he needs to talk about bringing the money. Oscar asks CS2 what location he (CS2) coordinated with Lucho to receive the money. CS2 replies that he (Lucho) said that he had a person in Dominican Republic. Oscar comments that Lucho said that the man he knew in Dominican Republic used to work with Pablo Escobar. CS2 says that he (Lucho) offered him that. Duran asks CS2 if he knows Cheo. CS2 re lies no. Duran asks CS2 what his (CS2) nickname in Dominican Republic is. CS2 replies ██. Oscar asks CS2 how the other business is going.
Duran places a phone call.

[Telephone Conversation Begins]

Duran asks receiver if he has Cheo's number in Dominican Republic. Caller replies no. Duran tells caller to find his number. Receiver acknowledges and says that he is going to ask a friend to help locate him.

[Telephone Conversation Ends]

Duran states that he has a friend in Dominican Republic that he met when he was in jail in the United States. Duran comments that he does the business if it is possible but if things look difficult, he will not do it. CS2 agrees and says that he does not trust the people from Dominican Republic. CS2 tells Duran that he (CS2) works with people that have legal businesses, adding that he keeps a low profile. Duran asks CS2 who he works with in Colombia. CS2 replies with people from Bogota and Cartagena, adding that some work fell in Barranquilla. Montoya comments that the politician he (CS2) worked with in Barranquilla is a dark skinned man from Buenaventura. Oscar interrupts and says that his last name is Martinez. CS2 notes that people tricked them saying that they worked for him (Martinez) and stole from them (CS2 et al). Duran asks CS2 how long ago that happened. CS2 replies about five years ago. CS2 comments that he worked with Mr. Torres from Bogota and he did not follow though. Oscar asks CS2 if he met ██ in Dominican Republic or in Bolivia. CS2 replies in Bolivia. Oscar asks if ██ (CS1) knows Don Juan. Montoya replies

**Kirk, Jeremy**                                                                 **August 25, 2021**

**██████ / Cali, Colombia. August 25, 2021/ Duran, Montoya, Duran's Godson and Intelligence Officer.**

that he (██████) knows Mr. Beto. Montoya comments that he knows ██████ (CS2) for a long time. CS2 mentions that ██████ is a lawyer. Duran tells CS2 that they can work if he is interested in Panama, Costa Rica or Guatemala, adding that he can arrive there by boat or submarine. Montoya addresses Duran as Doctor and asks him if he can go to Dominican Republic. Duran replies yes, adding that he has to do it through the Atlantic Ocean. Oscar notes that if they have the person who receives, there's no problem. Duran confirms and comments that he also has connections in Europe. Duran adds that they can send it from Panama to Europe. CS2 replies that they can do that, adding that he has an importer who can help. CS2 says that he needs to know about prices and where to pay. Duran replies that he can receive in Mexico City. CS2 asks Duran if he can receive in Dominican Republic. Duran replies no, adding that he could find a way to do it. CS2 asks Duran if he can only receive in Panama, Mexico City and Colombia. Duran confirms. Oscar notes that they (Oscar et al) can receive in Costa Rica. Duran says that he prefers to receive in Mexico City.

[End of Recording]

**Part 7**

Summary:

[Beginning of Recording]

Oscar notes that they need to speak clearly. Duran asks CS2 if he wants to go with 1,700. CS2 comments that each should go with 1,200. CS2 says that he is investing and he is alone, adding that he is trusting them. Duran notes that CS2 seems to be honest and transparent. Duran states that he is available tomorrow to go to Panama or to Costa Rica, adding that he can help him (CS2) to take it up to Mexico or Guatemala as well. Duran says that he has different ways of transportation. CS2 asks Duran how they (CS2 et al) would work with him. Duran replies with a semi [semi submarine], adding that they can also do it with a fast boat or with a ship. Duran notes that it all depends on how they will receive, adding that he would have to go to Cartagena. CS2 replies that Cartagena is closer. Oscar says that he has friends that have the management there (Cartagena). CS2 asks about the quality of the product. Duran replies that they have to do only one brand. CS2 asks if there's a way to buy some (product). Oscar confirms. CS2 says that 5 or 6 (kilos) will be okay. Duran tells CS2 that once they close the business, he (CS2) can get a trustworthy person to check the quality of the product. Oscar notes that and if it is not good he (CS2) can return it. Duran tells CS2 that all the product they (CS2 et al) have is the same brand. CS2 tells Duran that he needs to see the product before buying it. Duran replies that he des not need to worry about the quality. [Laughs] [Noise in Background]
CS2 tells Duran to confirm if he can do the submarine, the fast boat or the ship. Duran confirms. CS2 asks Duran about the prices. Duran replies that they need to add the transportation and the tax over there (Santo Domingo) when they exit. Duran adds that the cost of the tax in Santo Domingo is like 1,000,000 or 1,200,000. CS2 replies that it is like more than 300 dollars. Duran says that he

**Kirk, Jeremy**                                              **August 25, 2021**

USAO_000432

**████████ / Cali, Colombia. August 25, 2021/ Duran, Montoya, Duran's Godson and Intelligence Officer.**

has the port. Duran adds that he has the upload in Panama. CS2 tells Duran that in Dominican Republic he has friends, adding they (CS2 et al) has a Hawker 400. Duran asks what the cargo capacity is. CS2 replies 2,100 to 2,200. CS2 comments that when he was working from Bolivia they used to leave from Santa Cruz without any problem but that he re (Colombia) the guy charges 200,000 pesos and does not guarantee anything. CS2 states that they use the Hawker 400 if it has a flight plan. Duran notes that he can organize the exit from the Bogota or Cali airports, adding that it can be black or white. CS2 asks Duran if they would leave at night. Duran replies yes.

[End of Recording]

**Part 8**

Summary:

[Beginning of Recording]

CS2 explains that they have a way to load it that nobody notices. Oscar asks CS2 how much they charge. CS2 replies that they need to pay cash and it is by percentages. CS2 explains that the people who manage that at the airport do not even let the DEA go to the runway unless they authorize, adding that they (CS2 et al) will be protected. Duran comments that they need to give the people money and even let them participate on the business.

CS2 tells Duran that he is going to talk to his people and do the math, adding that tomorrow they will talk again. CS2 tells Duran that he will have to pay the bill tomorrow and they can meet. Duran replies that he will not be here tomorrow because he will travel with a senator and will not be back until next week. CS2 tells Oscar and Montoya to talk to Duran to coordinate things. CS2 tells Duran that they need to be careful and prudent. CS2 comments that the advantage of going to Santo Domingo is that the company that they (CS2 et al) use has the entrance without a problem because they are very prominent. CS2 notes that it easier to go from Santo Domingo to up there because he knows the people, adding that if they do it from Panama; they do not know the people and may lose everything. Montoya comments that the man wants to arrive to Dominican Republic and to send part of the load to Europe. CS2 states that the way the importer company works is that once the customs inspector checks the container, it will not pass through the X ray machine. Oscar asks if the inspector belongs to their (CS2 et al) group. CS2 replies yes and says that once the put the seal, they close the container and can leave. Duran asks if it goes on an airplane. CS2 replies that it goes by water. Duran asks if he (CS2) can guarantee the download in Dominican Republic and the exit to Europe. CS2 replies yes. Duran asks CS2 how much the upload costs. CS2 replies that he has to find out. CS2 asks Oscar if he spoke to Lucho. Oscar replies that Lucho showed it to him. CS2 comments that they do not live out of this business but that it is extra money. CS2 states that during the Christmas Holiday there is more security in New York. CS2 comments that they need to find out about the prices of the semi submarine and the airplane. Duran says that they need to send a bigger airplane from Cali instead of Bogota because the quantity is very large. Duran notes that he does not have a problem sending it from Bogota but that the volume is higher

**Kirk, Jeremy**                                                                 **August 25, 2021**

USAO_000433

██████████ **/ Cali, Colombia. August 25, 2021/ Duran, Montoya, Duran's Godson and Intelligence Officer.**

and it would be difficult to take off with that amount. CS2 asks Duran what time they could leave from Bogota. Duran replies that they can leave any time. CS2 asks what amount they can send from Bogota. Duran replies that it has to be a smaller quantity. CS2 states that they can do it from Cali, adding that one of his friends has done it before. Duran says that they (Duran et al) already have the material but they have to find out the cost of the upload and they will be ready to leave. CS2 comments about vitamins and natural supplements for men. Duran tells CS2 that he will give him a bottle of vita ferro to try, adding that it is a vitamin supplement. CS2 tells Duran that he will send him his (CS2) supplement as well.

[End of Recording]

**Kirk, Jeremy**                                                                                    **August 25, 2021**

USAO_000434