# Exhibit B

**████████** / **Cali, Colombia. August 31, 2021/ Duran, Montoya, Duran's Godson and Intelligence Officer.**

Case Agent:     Kirk, Jeremy

Product Type:   Video Recordings.

Duration:       6 videos of 00:20:00 minutes each

                1 video of  00:02:41 minutes

Source:         ████████ / Duran, Intelligence officer, Duran's son and Montoya.

Date:           2021-31-08 Cali, Colombia

Participants:   Olmes DURAN-Ibarguen (White shirt/Jeans/flipflops)
                Intelligence Officer (light skin, black t-shirt)
                DURAN's God-son (Black hat/black polo)
                Rehinner MONTOYA-Garcia
                CS2: Confidential Source 2 (██████)
                UF: Unidentified Female

Completed by:   AMMorris

Note: [Translator's remarks are provided in parentheses]

[SIC] = The word is quoted exactly like that.

[NFI] = No Further Information provided.

[I/A] = Inaudible

[U/I] = Unintelligible

*English in Italics*

**Kirk, Jeremy**                                          **August 31, 2021**

USAO_000447

## Part 1

Summary:

[Beginning of Recording]

CS2 records: *"Today's date is August 31, 2021. The approximate time is 8:00. This is a meeting with Duran at Rio de Brazil Restaurant"*

[Noise in Background] Montoya asks Duran if they divided this house. Duran replies [U/I] and says that a lady is doing the business.

Duran offers Montoya and CS2 food and drinks. [ASIDE: UF (server) is heard asking if they want juice.] CS2 replies that he would like a black coffee. Montoya says that he wants juice. Duran orders juice without sugar.

Duran mentions the Bogota Airport. Montoya comments that taking large quantities from there is very complicated. Montoya states that he heard about a management there (Bogota Airport) but that they never could do it, adding that it was on Air Caribe to the Costa Rica airport. CS2 notes that they are talking about a commercial flight and not using their own airplane. Duran says that he already told him (Montoya) about the route, adding that it is from Colombia to Dominican Republic. CS2 mentions Punta Cana. Duran states that he does not have the man's personal phone number but only his work number and that he needs to contact him to find out about the prices. Duran states that they work a lot at the Bogota Airport but with commercial flights. CS2 asks if they just send suitcases. Duran confirms and says that he has to do it personally since he does not have the line with him [NFI]. Duran comments that they need to analyze the things and try to coordinate the connections, adding that it is a good line. Duran comments that he was at a restaurant where there was a shooting and he got shot in his tibia bone, adding that he had surgery with metal plates. Duran comments that the prices are managed depending on the destination, and that that the prices in Dominican Republic are lower. Duran says that prices are different in Central America and in Europe. CS2 notes that they need to find out about the airplane, the passengers, the exit and the time. Duran says that they can get the airplane. CS2 comments that there's a Hawker 400 and a Hawker 800, adding that they are very expensive. Duran mentions a white flight. Duran says that the destination is Dominican Republic but that they need to know what the amount is. CS2 replies that they (CS2 et al) will coordinate that with the old man (Oscar) now. Montoya says that Mr. Oscar is very difficult and gets very angry easily.

Montoya states that the things with the friend did not work well for Oscar. CS2 notes that they need to work as a team. Montoya says that Mr. Oscar is a difficult person. Montoya asks CS2 if he (CS2) is from Dominican Republic. CS2 confirms. Montoya states that Tulua is dangerous and that it is called Tuluakistan [meanin  Tulua-Pakistan]. Montoya mentions that he knows the old man (Oscar). Montoya states that Mr. ████ (CS2) came here through a friend from Bolivia (CS1)

**Kirk, Jeremy** **August 31, 2021**

that he (Montoya) knows since he was 18 years old. CS2 replies that he (CS1) always travels with him but that he could not come this time. Duran says [U/I]. CS2 comments that they (CS et al) have to pick up [product] in the jungle but it has to be at night. Duran asks if they go to Costa Rica. CS2 confirms. Montoya mentions that it takes about 2 to 3 hours from Bogota. [Noise in Background] Montoya asks Duran if the poison (product) they [NFI] brought to him was good. Duran replies [U/I] and mentions Venezuela. CS2 states that he [NFI] has not answered. [Noise in Background]

[End of Recording]

**Part 2**

Summary:

[Beginning of Recording]

Montoya comments that he will leave early, adding that he has been all day with the man (CS2) and that he will leave at 3:00. CS2 asks Duran if the friend is about to arrive. Duran replies yes. CS2 tells Duran that he will go with him (Duran) and with the other person, adding that the three of them will go. CS2 states that they need to bring 800 because if they use a smaller one [airplane] and the three of them (Montoya, Duran and Duran's Godson) participate, there is no room for him (CS2). CS2 notes that he (CS2) needs to pay four people. CS2 comments that the price in Dominican Republic is 7.5 to 8. [ASIDE: CS2 places a phone call. CS2 says that he is still in the country and asks receiver what the price is over there. CS2 mentions 8,200 to 8,500]. Duran says that they are talking about 4.8 [meaning 4,800]. Montoya says that it is 3,500 per appliance (kilo). Duran tells Montoya that they (Montoya et al) will sell it (product) cheaper to him (Duran). CS2 comments that the market is not as good as before because of the Fentanyl that people are bringing from China, adding that it (Fentanyl) is killing people. Duran asks CS2 if there is a way of paying half over here and the other half on the way up. CS2 replies that everybody does the same. Montoya tells CS2 that he just told him (Duran) that. CS2 comments that it is half the price of the cost in Santo Domingo. Duran notes that the profit is not a lot because it is a small quantity. Duran mentions that the prices change from 3,500 to 4,000 up to 8. CS2 says that 8 is today's price but when they arrive over there it may be 7. Duran explains that this is the reason why he wants to pay half first and then the other half. CS2 replies that it is not a problem, adding that they can do that. Duran asks CS2 if he will stay there _NFI_. CS2 replies yes. Duran says that he will have to go to solve it. Montoya tells Duran that ▮▮▮ (CS1) is with them. CS2 comments that he (CS1) is a politician and a lawyer. Montoya mentions he (CS2) is from Bolivia. CS2 asks Duran how much a house costs here (Cali). Duran replies that he is selling a house that is 10,000 square meters for about 8 thousand million pesos. [Noise in Background]

Montoya mentions that he knows "the boys" [referring to the Henao Family]. CS2 asks Duran if he knows all the family [referring to Oscar Henao's family]. Duran replies yes, adding that he knows his [Oscar Henao] wife's family as well. Duran mentions that he also knows Julianita and all of them. Montoya mentions that some of them [Henao] are in the United States. Montoya further

**Kirk, Jeremy**                                                                                           **August 31, 2021**

mentions Laura's properties. Duran states that they [Henao Family] have many properties. Montoya comments that they are fighting for the seized stuff. CS2 asks Montoya if they got the properties back. Montoya replies they got some back. Duran states that the guy is about to arrive. Montoya mentions the guy. CS2 asks if he will come in. Duran's Godson Duran replies no, adding that he (Duran) will give him (guy) the information. Duran Godson says that he (guy) will

bring a bag and a map of the person's location who will left the stuff. Duran Godson adds that besides that they will look for more options. [ASIDE: Participants engage in a non-pertinent conversation about medicinal tea, healthy foods and diet.]

[End of Recording]

## Part 3

Summary:

[Beginning of Recording]

Participants talk about food and health. Duran comments that he weighs 142 kilos. Participants continue engaging in non-pertinent conversation.
CS2 says that he needs to apply the 15%. CS2 tells Montoya that they should call the old man (Oscar Henao). Participants engage on a conversation about food.
CS2 comments that the house needs work. Duran replies that they need to paint. [Music in Background]

[End of Recording]

## Part 4

Summary:

[Beginning of Recording]

CS2 comments that as long as one is friends with the senator, there's no problem. Participants talk about the restaurant and the food. Montoya states that he sent pictures to the Duran's oldest son, adding that he (Duran's son) does not get along with Laura's husband. Duran asks Montoya who he is going to call. Montoya replies he will call Mr. Oscar, adding that he is an angry person. Participants engage in a conversation about alcoholic drinks.

**Kirk, Jeremy**                                                              **August 31, 2021**

Duran states that the guy from the airport told him that the immigration manager is the one who has the exit from the airport, adding that he (manager) has a group who work at the control tower. Duran adds that they can do a white flight. Duran states that they guy has connections with the Chief Logistics and Security Officer, adding that he (guy) also has connections with middle-ranking police officers, which are inspectors. CS2 asks if the those (police officers) work at the airport. Duran replies yes.

Duran says that they (police officers) work at immigration, adding that they control the charter flights when they arrive. Duran comments that he talked to him (guy) about the prices, adding that he told him to sit down and talk to the man (immigration manager) to check what the quantity is, the price of the trip and the destination. Duran says that he told him (immigration manager) that the destination was Dominican Republic. Duran adds that they (manager et al) want to know what their economic participation will be. Duran notes that it is important to talk to him because he will tell them how to enter, what the schedule is, the kind of people that are on the airplane and everything else, since he is the immigration manager at the airport. CS2 says that they will have that pending. Duran says that today he (guy) called him (immigration officer) and that after he (Duran) leaves, he will meet him (guy) at the airport. CS2 asks if they are talking about the Cali airport. Duran replies yes, adding that Bogota is more complicated. Duran God's son notes that the airport is actually in Palmira because Cali does not have an airport. CS2 asks if he is talking about the Alfonso Bonilla Aragon Airport. Duran and Duran God's simultaneously reply yes. Duran states that the guy knows the man that manages the security, logistics and freight forwarding. Duran God's son mentions that the man is a police officer. Duran says that he (police officer) will tell them when and how the passenger should enter and exit, adding that he also will explain what their (police officer et al) economic participation will be. CS2 tells Duran that he (CS2) will give him (Duran) his phone number or that they can call Rehinner [Montoya].

Montoya asks how much it would be. CS2 replies 1,700 or 1,800 with gas included. Duran mentions no more than 2,500. [Noise in Background]

CS2 mentions that anybody would report a Hawker full of money, adding that they need to communicate what it is inside. Duran tells CS2 to confirm through Montoya if they are going to move forward or not. Duran says that if he (CS2) comes and wants to move forward, he will provide him the number so that they can have the material and everything ready. Duran tells CS2 that if he (Duran) can have someone bring the money down, he will give him (CS2) the number and he will coordinate with the friend (Montoya). Duran tells CS2 that he (CS2) would have to come over here (Cali). CS2 acknowledges and asks Duran if he remembers that they talked about a sample that he (Duran) was going to get. Duran confirms. CS2 tells Duran that he will tell the guy that the sample belongs to the same job. CS2 and Montoya say goodbye to Duran and Duran God's son and leave the restaurant. Montoya and CS2 get in the car. CS2 asks Montoya if what they are going to send over there will be the same quality. Montoya confirms. CS2 comments that he likes the airplane and that they need to see how they can manage it. Montoya says that Mr. Oscar would like to do things now but he does not have enough confidence.

[End of Recording]

**Kirk, Jeremy** **August 31, 2021**

**Part 5**

Summary:

[Beginning of Recording]

Montoya tells CS2 that they (CS2 and Montoya) cannot fail Mr. Oscar. CS2 replies that he would never do it, adding that he (CS2) is already here but that he had the chance of not coming back. Montoya states that he (Duran) is very peaceful when they talk about the topic, CS2 comments that there is no problem. CS2 states that they (Duran et al) are never happy with the money they make. CS2 comments that he (CS2) is even inviting them up there (USA). Montoya says that Mr. Oscar had problems in the past with people that deceived him. CS2 says that it (product) will arrive in two days to "El Sol" [Florida], adding that it is 250 kilos. Montoya replies that he (Oscar) has all the desire to do the business but he is afraid and not sure of it. CS2 replies that he cannot carry that burden, adding that he (CS2) has to report to his partners how the situation is with them (Oscar et al). [Noise in Background]

Montoya states that Oscar said he had connections with those people from Macaco that have the money. Montoya says that he would like to stay home for at least one month. Montoya tells CS2 that in a couple of weeks they (Montoya et al) will know if it is a girl or a boy. CS2 congratulates Montoya.

Montoya tells CS2 that he (Oscar) told him that if Mr. ████ (CS2) does not want to come back, he won't. CS2 mentions the Henao family, adding that the price will go up to 7,000,000. Montoya replies that this is the cost of the shipment. Montoya comments that when that shipment fell, "the boy" [member of the Henao Family] called him (Montoya).

Montoya notes that he ("the boy") addresses him (Montoya) as Pachito, adding that he told him, he knew what was going on and that he ('the boy") would be responsible for it. Montoya says that he told ████ (CS1) about this.

Montoya mentions 1,200, further saying 1,700 and 500. CS2 replies that he does not know how he (Montoya) would organize the money with Mr. Oscar. CS2 asks Montoya if he would pay right after the money arrives here. Montoya replies no, adding that he will only do it until the business is finalized.

Montoya and CS2 engage in a conversation about the stress that this business causes. CS2 states that he is the mediator of this business, adding that he will tell the partners how the things are and they will decide if they want to bring their people. [Noise in Background]

[End of Recording]

**Part 6**

Summary:

**Kirk, Jeremy**                                                                                    **August 31, 2021**

[Beginning of Recording]


CS2 continues riding in the car with Montoya.

Montoya shows CS2 pictures on his cell phone. Montoya asks CS2 what time he needs to be at the airport. CS2 replies that he needs to confirm, adding that there's one (flight) at 6:00 and he would arrive at 7:00. CS2 tells Montoya that he does not need to worry about anything because he (Montoya) didn't do anything without Olmes. Montoya replies that that was what he told Mr. Arsenio. CS2 tells Montoya that he made the appointment with Olmes, adding that he (Olmes) called him (CS2) and he said to meet tomorrow at 8:00. CS2 notes that he thought he was going to meet with him alone. Montoya States that he (Oscar) used to send them (Montoya et al) to Cartagena and used to give 1,000,000 to each one of them. CS2 asks Montoya if Oscar used to go with them. Montoya replies yes, adding that he used to fly and send them (Montoya et al) by car. Montoya tells CS2 that Oscar is very stressed and worried, adding that he smokes a lot. Montoya states that he knows Oscar very well and he (Oscar) trusts him (Montoya). Montoya states that it must be hard for Oscar, not having anything now after having money and authority. [Noise in Background]

[ASIDE: CS2 speaks on the phone. CS2 asks what the prices of the tickets are from Cali to Bogota and what the available times are. CS2 mentions Avianca leaving at 6:00 pm. CS2 furthers mentions 10:40 pm. CS2 asks questions about the prices of suitcases and first class.]


[End of Recording]


**Part 7**

Summary:

[Beginning of Recording]


[Noise in Background] Montoya and CS2 are heard speaking [U/I] to a UF.

CS2 records: *"Toda's date is August 31, 2021. The time is 11:02 am in Cali, Colombia. This meeting was with Olmes, his God-son and the intelligence guy."*


[End of Recording]


**Kirk, Jeremy**                                                                 **August 31, 2021**