# Exhibit C

| | |
|---|---|
| **Case Agent:** | Kirk, Jeremy |
| **Product Type:** | Video - recordings |
| **Source:** | October 17, 2020 – Meeting in Pereira, Colombia |
| **Duration:** | Part 1: 00:05:25 / Part 2: 00:20:00 / Part 3: 00:00:00 / Part 4: 00:00:02 |
| **Time:** | Multiple Times |
| **Participants:** | RM: Rehinner MONTOYA Garcia |
| | OH: Oscar HENAO-Montoya |
| | UM: Unidentified Male (aka Hector) |
| | UF: Unidentified Female (aka Julia) |
| | UC: Unidentified Child |
| | CS: Confidential Source (████████) |
| **Completed by:** | AMMorris |

Notes: [Translator's remarks are provided in parentheses]

[SIC] = The word is quoted exactly as heard.

[NFI] =No Further Information provided.

[I/A] = Inaudible

[U/I] = Unintelligible

[PH] = Phonetically

*English in Italics*

Kirk, Jeremy                                                    ████ – October, 17 / 2020

USAO_000482

## Part 1

Summary:

[Beginning of Recording]

MONTOYA tells CS to connect to this one [referring to a telephone] so he can have internet connection. MONTOYA asks CS if he had trouble because he was carrying so many telephones. CS replies no because this one is a charger. CS mentions that this one was supposed to have rooming [ASIDE: Music in Background]. MONTOYA tells CS, ▨▨▨ *we just arrived at my father's house, this is my bandit father".* CS laughs.

MONTOYA addresses UM as Hecticor and introduces CS to him. UM greets CS and identifies himself as Hector. MONTOYA is seen taking some black bags out of the trunk. CS offers MONTOYA help carrying the bags. MONTOYA greets UF and HENAO. MONTOYA introduces CS to HENAO who identifies himself as Oscar. MONTOYA tells CS that these are his (MONTOYA) little nephews and nieces that he has talked about. UF greets CS and asks him if he remembers her. CS confirms and asks her if her name is Julia. UF replies yes. UF introduces UC to CS and says that she is her younger daughter.

UF asks CS if he stayed at the airport last night. CS replies no, adding the he stayed in a hotel in Bogota last night. UF asks CS if he brought a towel. CS negates.

[End of Recording]

## Part 2

Summary:

[Beginning of Recording]

MONTOYA addresses HENAO as father and tells him that that CS is his friend "▨▨▨". CS states that right now Bolivia is a great place to work, adding that they (CS et al) have the management of the politicians and the police for whatever they want. CS says that they know the Minister of Government and the Minister of Defense. HENAO asks CS when the elections are in Bolivia. CS replies the elections are tomorrow, adding that the circle never changes and they have the management. HENAO asks CS if he knows Chichi Zamora who is the cousin of Paz Zamora

[Ex-President of Bolivia]. CS comments that Jaime Paz Zamora was President some years ago. HENAO states that he (HENAO) worked with his (Paz Zamora) family. CS asks HENAO how things are here (Colombia). HENAO replies that the doors are starting to open to work. HENAO states that they need to work because the economy of Colombia depends on their work. CS notes that the same happens in Bolivia since the economy depends on the drug trafficking. CS says that the only difference is that in Bolivia they do not have the control that they have in Colombia. HENAO acknowledges and says that here in Colombia they have the DEA. CS states that Bolivia is a great country. CS asks HENAO which of his siblings lived there (Bolivia). HENAO replies Arcangel. CS asks if he (Arcangel) is in the United States right now. HENAO confirms and says that he will be back on November 5 or 6. CS asks HENAO if he (Arcangel) has a farm in San Javier. HENAO replies yes. CS asks HENAO if [U/I] is in Colombia. HENAO confirms. CS states that he talked to him [NFI] a couple of times in Santa Cruz at his house. [Noise in Background]

MONTOYA asks CS if he knows Londono from Colombia. CS denies. HENAO tells CS that he can count on him for whatever he needs here (Colombia). CS replies that if he needs anything in Bolivia, he (HENAO) can count on him (CS) too. HENAO asks CS if he is a lawyer in Bolivia. MONTOYA laughs and says that he (CS) is the lawyer of one of the drug lords.

[ASIDE: HENAO is speaking on the telephone [U/I]]  [Background Noise - Rain]

MONTOYA mentions Costa Rica. HENAO says that they [NFI] will leave before 15 days from now. CS asks if they are going to travel to Costa Rica by land. HENAO replies no, by sea. HENAO states that he has flown over there (Costa Rica) several times, adding that right now it is difficult to fly from here (Colombia). CS offers them (HENAO and MONTOYA) that he can help if they need to do a white flight, adding that the only thing they (HENAO and MONTOYA) need to do is coordinate the arrival. HENAO tells CS that he needs to talk to his friends from the Air Force because they will help with the exit, adding that they (HENAO et al) work very well with them.

CS states that he has a partnership in Mexico and they rent airplanes, adding that he (CS) can help them get whatever airplane they need. CS says that they can put the airplane at the location of their preference, if they want it in Venezuela or Chile they will take it there. CS adds that everything needs to be set up and make sure there is no risk. CS asks HENAO if they leave from Colombia on a black flight. HENAO replies yes. CS asks HENAO if they have a runway. HENAO replies that right now they have two (2) down there in Carreño [Puerto Carreño], adding that they also have runways in the Valley that are located in Pereira, Armenia and Cali. CS tells HENAO that MONTOYA told him (CS) that he was taking a break. HENAO replies no, and says that he was ready to send 500 with neutralized base to Europa and Africa. HENAO adds that they would crystalize the base later. HENAO states that the project is on standby because one of his partners got sick and they have not been able to do it. CS asks if they will send it by sea. HENAO confirms and says that he has the best people to do it by sea, adding that he also knows the people at the ports. MONTOYA mentions Brazil. CS says that if they need something in Rio de Janeiro, he has the contacts. CS tells them (MONTOYA and HENAO) that if they do not have the arrival in Barcelona, he (CS) knows the director of the port over there and that all they need to do is a good

**Kirk, Jeremy**                                                                                          **– October, 17 / 2020**

negotiation. HENAO mentions that he is also working with his younger brother. CS asks HENAO what his brother's name is. HENAO replies Hernandito. MONTOYA tells HENAO that he does not know him (Hernandito).

MONTOYA mentions that the guy [NFI] got in trouble, adding that it is a kind of problem that he likes. CS replies that this is normal in Colombia and everything is fixed this way. MONTOYA says, "just kill that one and that's it".

HENAO receives a video phone call.

MONTOYA comments that he [caller] is a friend of his mother.

[Video Telephone Conversation Begins]

HENAO passes the phone to CS and greets caller addressing him as Gabriel. CS tells Gabriel that he (CS) is a friend of Mauro from Bolivia. CS asks Gabriel if he remembers that they went to his (Mauro) house in Bolivia. MONTOYA tells Gabriel to remember that he (Gabriel) is his friend too and asks him if he does not remember him (MONTOYA). CS laughs. CS tells Gabriel that they need to meet soon and have an aguardiente, adding that he is here (Pereira) with Rehinner (MONTOYA) and with Mr. Oscar (HENAO). CS passes the phone to MONTOYA.

MONTOYA tells Gabriel that they will try to go to his house tomorrow and wishes him happy birthday.

[Video Telephone Conversation Ends]

MONTOYA comments that he (Gabriel) has a hangover because his birthday was yesterday. CS mentions kitchens (Laboratories). MONTOYA tells CS that he (Gabriel) has always worked with the boss [referring to HENAO] in the kitchens (Laboratories). CS asks if he (Gabriel) manages large quantities. MONTOYA replies that he does not know but a lot of old clients have been ordering merchandise from him. MONTOYA states that he may be producing 100, 500 or 1,000, adding that he (Gabriel) can be making 400,000 pesos per kilo and if he sells 100 [kilos], it is 40,000,000 pesos. MONTOYA and CS engage in a non-pertinent conversation about board games. MONTOYA asks CS if his (CS) friends take merchandise to Europe. CS confirms and asks them what they need. MONTOYA replies that they need the arrival, adding that the old man is interested in the arrival in Barcelona. HENAO states that he has 100% management of Aguadulce and Buenaventura Ports. CS tells HENAO that whenever he wants, he (CS) can bring his friend to Colombia and they can talk. MONTOYA asks CS when he leaves. CS replies that he will stay [in Colombia] until Thursday, adding that if something comes up to let him know and he will have his friend come [from Bolivia]. HENAO tells CS that he will have time to talk in about 15 days after he makes these two trips. HENAO tells CS that they can talk to his friend from here (Pereira).

**Kirk, Jeremy**                                                  **– October, 17 / 2020**

USAO_000485

CS affirms. HENAO states that he has a friend in Mexico adding that those Mexicans owe him about 19,000,000 dollars. [Noise in Background]

CS tells HENAO that whatever he needs in Bolivia related to the Police to let him (CS) know. CS adds that the advantage they have in Bolivia is that he can talk directly to the Police Commander and there is no mediators. CS states that when you have mediators, there is less profit and more problems. HENAO says that he agrees. CS says that there are many Colombians in Bolivia. HENAO states that [U/I] moved to Bolivia. CS states that some years ago, Bolivia was a paradise for Colombians but not anymore since a group of criminals from Colombia arrived and are dedicated to rob people. CS asks HENAO how long his brother Arcangel has been in the United States. HENAO replies almost 13 years, adding that he (Arcangel) has been in house arrest for two years because of his good behavior. CS asks HENAO if he is about to come back next month. HENAO replies that he (Arcangel) will arrive on the 5th or the 6th. CS asks HENAO if his brother (Arcangel) will retire or will continue working. HENAO replies that he will continue working and says that hey (HENAO et al) are always in the business, adding that Hernandito, who is his younger brother, needs to work hard because he spends a lot of money. CS notes that they need to work in what produces money. HENAO states that they shipped about 1,500 to Europe. MONTOYA asks HENAO, who he is talking about. HENAO replies Herandito and other guy from here (Pereira). HENAO comments that his (Hernandito) shipment should be arriving this week. HENAO tells CS that here (Colombia) the work is good; adding that he (HENAO) has the National Anti-Narcotics Police Officer on his side. HENAO states that he (Police Officer) delivers one container personally and charges 2,000 million. HENAO notes that he (Police Officer) says that he (HENAO) can put 2,000 or any amount [referring to product] he wants in the container. MONTOYA tells HENAO that with him (Police Officer), they can send the stuff to Barcelona. HENAO replies yes, adding that he (Police Officer) goes to Bogota personally and places the stamps on the container. CS asks HENAO how much they would send to Barcelona. HENAO replies that he will talk to his brother about it, adding that they may send 2,000. HENAO adds that the man (Police Officer) said he could put 100, 200 or whatever amount he would like in the container but he still charges 2,000 million. MONTOYA states that it is better to work like that because when there are too many people involved there are problems. HENAO comments that the Police Officer said that if they ship it and it does not work out, he (Police Officer) would only charge 300 million.

[End of Recording]

**Part 2**

This file does not have contents.

**Part 3**

This file does not have contents.