# Exhibit D

**Case Agent:**     Kirk, Jeremy

**Product Type:**     Video - recordings

**Source:**     October 18, 2020 – Meeting in Pereira, Colombia

**Duration:**     Part 1: 00:20:00 / Part 2: 00:00:00 / Part 3: 00:20:00 / Part 4:

00:06:52 / Part 5: 00:20:00 /Part 6:  00:20:00 / Part 7: 00:00:00

**Time:**      Multiple Times

**Participants:**      RM: Rehinner MONTOYA- Garcia

UM: Unidentified Male [Moroccan]

PE: Pepe [Italian]

CS: Confidential Source (██████████)

**Completed by:**     AMMorris

Notes:  [Translator's remarks are provided in parentheses]

[SIC] = The word is quoted exactly as heard.

[NFI] =No Further Information provided.

[I/A] = Inaudible

[U/I] = Unintelligible

 [PH] = Phonetically

*English in Italics*

Kirk, Jeremy                                     ██████ **– October, 18 / 2020**

USAO_000487

## Part 1

Summary:

[Beginning of Recording]

CS and MONTOYA are seen getting in the car. MONTOYA tells CS that his friend from Brazil was killed, adding that he was a very good element. MONTOYA states that he (friend) was a bandit.

CS and MONTOYA arrive at a house. MONTOYA greets two men and introduces them to CS. CS identifies himself as ████ and greets both men; one identifies himself as Gustavo and the other one, identifies himself as Pepe. Gustavo asks MONTOYA and CS where they come from. MONTOYA replies that they come from Valley, adding that they were in La Union. Gustavo asks MONTOYA if he was with Nene [SIC]. MONTOYA replies that he was with him but he went to pick the CS up. MONTOYA asks Pepe when he is going to the mountain. Pepe replies that he does not know yet because he needs to go see a 4x4 pick up that he wants to buy to take it to him [NFI] and keep it there. Pepe asks MONTOYA if that (Pick up) was the one that Nene [SIC] had there. MONTOYA replies no. Pepe asks MONTOYA if Nene [SIC] left him (MONTOYA) a pick up. MONTOYA denies and says that it is a pick up but it is not a 4x4. [Laughs]

MONTOYA says that they took the Volkswagen to Franco, adding that he (Franco) cannot go to town driving that car. MONTOYA states that when he goes to town, he (MONTOYA) drives the little car, leaves it parked in La Guadua and uses the other cars to go to the mountain. MONTOYA states that the other guys are lazy and don't wait until they pick them up, adding that they ride any car that passes by. MONTOYA notes that he calls and waits until he is picked up. Gustavo states that things need to be well done.

MONTOYA tells Pepe that those men [NFI] are hard workers and trustworthy, adding that they make millions everyday but they work nonstop for 3 or 4 days. MONTOYA shows CS some green plants. CS asks MONTOYA what kind of plants they are. MONTOYA replies that these are called pasqueñas, adding that from these they can obtain clones. CS asks MONTOYA what kind of marijuana plant this is. MONTOYA replies that they are mother plants, further asking Pepe to confirm the name of the plants. Pepe replies that one is called Nicole Kush and the other one is Blueberry. CS asks if these are the mother plants. Pepe confirms and says that from these ones they obtain the clones, adding that they leave them there for 18 hours and they do not produce flowers. Pepe points at another plant and says that this one is Mango Biche [type of marijuana plant]. Pepe states that legally, they can have 20 plants in a property, adding that they (Pepe et al) do all the work and give them [property's owners] 50% profit. Pepe explains that this business can produce 35 million in a year.

Pepe comments that [U/I] is in Bogota. Gustavo asks what time he arrives. Pepe replies in about 30 minutes. MONTOYA asks Pepe who will pick him up at the airport. Pepe replies that he is driving. MONTOYA says that he must be on the way. Pepe confirms and says that he left about

4:00 am. MONTOYA comments that Santy said to him (MONTOYA) to be there at 4:00 pm. MONTOYA states that CS has the management in Bolivia, adding that he has a contact with a Mexican person and they have the arrival in Barcelona. CS says that they (CS et al) have the management by water, adding that they (CS et al) have the airplanes that they (MONTOYA et al) need as long as it is a white flight and the exit is guaranteed. CS says that the people he works with have sent merchandise from Bolivia to Punta Cana by air, adding that they have been sending 1,300. CS says that from there (Punta Cana) they will send it to New York. CS asks Pepe where he (Pepe) has the arrival. Pepe replies in in Brussels but they do not accept merchandise from Colombia, Peru or Bolivia. Pepe mentions that he (Pepe) can work with Libya, Mozambique, Ghana, and South Africa. CS asks Pepe if in Brussels they accept merchandised from Brazil. Pepe replies yes. Pepe says that they can use a G5 to go to Africa. CS asks Pepe if they (Pepe et al) have the buyers in Africa. MONTOYA tells CS that the people that Pepe works with are big drug-traffickers and can buy everything. MONTOYA states that from Bolivia to Africa is a very easy trip. Pepe says that he has a relationship with the government in Mozambique. CS asks Pepe how much they are charging for the arrival in Mozambique. Pepe replies that they pay him 17 with the download included, adding that if he sends 2,000 they pay him 17 without any problem. CS asks Pepe if he means 17,000. Pepe confirms, adding that he has some Russian friends that have diamond and gold mines. MONTOYA tells Pepe that he (MONTOYA) will travel to the mountain with CS, since he (CS) has all the management in Bolivia. MONTOYA states that Bolivia is the heart of South America. MONTOYA tells CS that Pepe sells in Brazil, Paraguay and Argentina. CS asks Pepe if he has the exit in Argentina. Pepe confirms and says that he has the exit in Rosario, Argentina, adding that they hid it [product] in bags and the transportation is by water. Pepe says that he used to have the exit by air but the airplane was seized with 250 kilos and 9 passengers. MONTOYA tells Pepe that they can do the Hashish business in Bolivia because CS has the relationship with the government and they can get paid right away. MONTOYA adds that they (MONTOYA and Pepe) can do the same thing that they are doing here (Colombia), over there (Bolivia). MONTOYA tells Pepe that he (Pepe) can go to Bolivia to teach their (CS et al) people to work the plant [marijuana] and they will invest the money. Pepe asks if in Bolivia there are seasons. CS replies that the weather is similar that the one in Colombia. Pepe says that in Paraguay and Argentina there are seasons. MONTOYA states that in Bolivia they have a union of coca workers. Pepe says that Libya is good because there is a military airport and they would go up there from Mozambique, adding that he makes a flight plan to Tunisia where they turn the radars off while he downloads the product that takes 15 to 20 minutes. MONTOYA mentions they sent to 2,000. CS asks where they sent them. Pepe replies to Libya in Africa and to Italy, Egypt and Tunisia. CS asks if by air. MONTOYA replies no, it was by air. CS asks what the brand of the merchandise is. Pepe replies El Tigre, adding that it means the African tiger. CS asks where they sent them from. MONTOYA replies they sent it from here. Pepe says that they sent them from Colombia to Brazil by air, adding that they worked with a Brazilian that has all the control over there. Pepe states that since the pandemic started, they only have half of the people doing the control. Cs asks Pepe how much they paid him. Pepe replies 6,000. CS asks MONTOYA for a cigarette. MONTOYA says that Pepe does not care about going to Cauca. MONTOYA states that Pepe is not scared of being kidnapped, adding that he (Pepe) says that if they take him he will start working with the kidnappers and will teach them what he knows about the plant (marijuana). [Laughs] MONTOYA says that Pepe is a mountain man. MONTOYA tells CS that on the mountains there are worst groups than the guerrillas that have authority over them (guerrillas), adding that they are called the Cabildos and they can rescue kidnapped people. MONTOYA states

**Kirk, Jeremy**                                                                 **– October, 18 / 2020**

that they (Cabildos) are the army of the town, adding that when he (MONTOYA) goes to the mountain to run an errand always pay them (Cabildos). MONTOYA tells Pepe to show CS the brand. MONTOYA tells CS that Pepe is a very strong man, adding that he has been working for 7 years. CS mentions Gucci.

[End of Recording]

## Part 2

This file does not have contents.

## Part 3

Summary:

[Beginning of Recording]

MONTOYA and Pepe speak U/I . Pepe tells MONTOYA that he [NFI] wasshot twice in the head. MONTOYA tells Pepe tha ▆▆▆ [referring to CS] asks why they shoot so many people here (Colombia). Pepe replies because there are many cheaters and men get involved in problems with women. MONTOYA says that in Bolivia you do not see this. CS states that in Bolivia you need to do something very bad to get in trouble but he (CS) notices that here in Colombia if they don't like you, they kill you. UM [Moroccan] arrives and greets MONTOYA, CS and Pepe. Pepe tells UM that CS came to work with him (Pepe) in Panama and Bolivia. UM mentions Mexico. Pepe says that they would go from Bolivia to Mexico. Pepe asks CS if they (CS et al) can provide the airplane, adding that they need to coordinate where it would take off. [U/I]

CS mentions La Guajira. MONTOYA states this man [referring to Pepe] will land an airplane anywhere you need it. Pepe mentions Africa, Libya, South Africa, Mozambique, adding that they can do a white flight to Africa without any problem. UM asks CS what kind of airplanes they (CS et al) have. CS replies G1, G2 and Hawker 400. UM asks CS if they have airplanes that hold 2 tons. CS confirms and asks what flight autonomy the airplane has from Brazil to…. Pepe replies 12 hours and 30 minutes and mentions 12,500 kilometers. Pepe says that in the European countries is difficult to do it, adding that it is easy in Brazil and Argentina. UM talks to Pepe [U/I]. UM mentions Cucuta. UM tells Pepe [U/I]. Pepe says that they can leave from Cucuta on a white flight, stop in Venezuela, and load it. UM asks if it will be a white flight from Cucuta. Pepe confirms. CS asks for clarification about the Cucuta plan. Pepe explains that this is something else that UM is doing right now. UM mentions Cancun, Mexico and the border of Guatemala with Mexico. CS asks UM if that is where he needs the airplane to go. UM confirms. CS tells UM that they (CS et al) can organize it, further asking UM if it would be through Venezuela. UM replies yes, adding that they (UM et al) would fly from Cucuta to Venezuela and load the merchandise. Pepe notes that from Venezuela it would be a black flight. MONTOYA states that in Cucuta they

would present the flight plan like if it was going to Tunisia, for example. UM says that they pay the people at the control tower in Venezuela. UM says that they could fly directly from Bolivia. CS states that there's no problem in Bolivia because they do not have the stupid Americans, adding that the DEA is not there (Bolivia). CS says that they only have the police in Bolivia and you can buy it with anything. CS asks if the price of the merchandise in Colombia is 1,800 to 2,000. MONTOYA confirms. CS says that the price of the merchandise in Bolivia is more expensive, adding that it is about 3,200. MONTOYA comments that it is more expensive. CS notes that it is good quality. MONTOYA tells UM that the people of the airplane want to know if he (UM) can pass this merchandise from the airplane over there or not. UM replies that he needs to talk to them to see if they want to do it for the first time through Cucuta. UM states that it takes just 2 hours from Cucuta to Venezuela, adding that they have 2 tons ready. MONTOYA notes that it takes off from Cucuta and that's it. UM tells CS that if he (CS) knows people that want to do the business with them (UM et al) to let him know. MONTOYA states that this route is the best of all because they will arrive in Venezuela where they have the 2 tons ready. MONTOYA tells CS that the airplane will leave Colombia healthy and when it arrives there, the people in Venezuela are in charge of searching it. CS asks UM what city in Mexico they will fly to. UM replies Cancun. CS asks where it will take off. UM replies from the border of Guatemala. MONTOYA asks UM where they need to pick up the merchandise. UM replies in Venezuela, adding 2 hours from the border. MONTOYA asks what city. UM replies that he does not know the name of the city. UM says that they can do a meeting with his partners so that they can explain everything. CS tells UM that there is no problem with them (CS et al) but the condition is that they do not want to be paid with money, adding that they need to be paid with merchandise delivered in Mexico. UM acknowledges. MONTOYA tells CS that he likes that plan because it is with a white flight and they do not need to pay anybody, they will go to Mexico and pick it up. UM says that his friend's father lives in Culiacan and works with some people over there. MONTOYA mentions El Mayo. UM states that his friend's father worked with EL Mayo Zambada. UM adds that El Mayo will put 1,000 and his friend's father will put 500. MONTOYA says that UM will put another 500. MONTOYA states that it is better like that, because they will work out of the country. CS tells UM to ask about it and if it is okay for them (CS et al) to receive the merchandise in Mexico. UM acknowledges. MONTOYA explains to UM that CS and his people want the payment in merchandise, adding that they (CS et al) will pick up their portion over there. UM states that this is dangerous, adding that if they let them (UM'S friends) do everything they do not have to worry about anything.

MONTOYA tells CS that they (CS et al) can charge UM for the service of the airplane and that they (MONTOYA et al) can pay the cost of 100 [kilos]. UM replies that he cannot say yes or no right now. MONTOYA asks UM if his friends speak Spanish. UM replies yes, adding that they are Colombian. MONTOYA asks UM when they can come back since CS is going to stay here (Colombia) only for a week. CS asks UM if his friends are in Colombia. MONTOYA replies that his friend's father is in Culiacan. CS tells UM that he (CS) can have his Mexican friend meet with his (UM) Mexican partners and hey can discuss it. UM replies that there is no problem but he (UM) does not know what group his (CS) Mexican friend belongs to and it could be dangerous. UM says that here (Colombia) there's no problem. MONTOYA comments that here (Colombia) there are problems too, because if one is from the Rastrojo group and the other is from the Machos is dangerous. MONTOYA adds that in Mexico they have the Zetas group, Cartel Nueva Generacion Jalisco, El Mayo, El Azul, El Mencho and more. MONTOYA tells CS that they can let his (CS) friend participate with 100 in this roundtrip and he can take 1.8 dollar more. UM states

that there are many options. MONTOYA tells UM that Suriname and Venezuela can track him (UM) from Bolivia, adding that they can manage his (UM) airplanes. CS says that he will talk to his friend about it. MONTOYA tells Pepe that they need to talk about the cost of the service, adding that he (CS) can bring the airplane to Colombia and it can take off from here to Mexico.

UM places a phone call.


[Telephone Conversation Begins]

UM addresses receiver as Alvaro. UM tells Alvaro that he is with some friends, adding that one of them has airplanes. UM asks Alvaro to tell Flaco about it. ████ states that he (CS) manages a lot of things. //Call gets disconnected//

[Telephone Conversation Ends]


UM places a phone call


[Telephone Conversation Begins]

UM tells Alvaro that he will pass the phone to a friend. UM gives the phone to CS. CS greets Alvaro and says that he (CS) is talking with UM. CS asks Alvaro if they need an airplane. Alvaro confirms. CS tells Alvaro that they can meet and talk about it, adding that he (UM) is talking about the route that they (Alvaro et al) need as well as the quantity that they need to take. Alvaro says that he will talk to his friend this afternoon and will tell him about it. CS passes the phone to UM.

UM and asks Alvaro if he is with Flaco. ████ says good-bye to Alvaro.

[Telephone Conversation Ends]


UM asks CS if he (CS) can come to Bogota. CS replies yes and asks UM when. UM replies in 4 days. CS states that he will fly back to Bolivia on Friday, adding that he will fly on Thursday from Pereira to Bogota. UM tells CS that on Thursday they can do a meeting with his (UM) friends. CS replies that is perfect. MONTOYA says that since they (UM and CS) are going to meet Bogota to exchange phone numbers. UM asks CS if he (CS) can do black flights too. CS replies yes but they (CS et al) prefer not to do them. UM says that the black flight will go just to Brazil since he has many friends with runways over there. CS tells UM to save his number, 59175642228.

[End of Recording]

**Kirk, Jeremy**                                                                    **████████ – October, 18 / 2020**

**Part 4**

Summary:

[Beginning of Recording]

CS tells UM to communicate with him (CS) through WhatsApp. UM asks CS what kind of airplanes they (CS et al) have. CS replies G1, G2, Hawker 400 and they have others that have more capacity, adding that if he (UM) wants to take it out from Bolivia, they have a military airplane with the coverage of the military and the police. UM states that if they fly to Europe from Bolivia, Colombia, Ecuador or Venezuela they are always watching, adding that it is better to go through Africa. UM notes that in Africa is like here (Colombia), you pay and it is done. UM says that he likes to work from Brazil because it is a big country. CS asks UM what city in Brazil. UM replies that he does not know but they [NFI] have several runways over there (Brazil). CS tells UM that they will meet on Thursday in Bogota with his friend. UM says that his friend's father lives in Mexico. MONTOYA points at UM and mentions Antonov airplane. MONTOYA and Pepe laugh. Pepe says it (Antonov) is very big. CS asks UM if he currently has the Antonov. UM and Pepe reply yes at the same time. CS states that the Antonov is a very big airplane and everybody can see it, adding that if it (Antonov) arrives to Bolivia the media would be there shortly. CS states that the media would be asking why it came to Bolivia. Pepe laughs and says that they need to load that airplane. Pepe asks CS if he will go to Bogota on Thursday. CS confirms. MONTOYA and CS say good-bye to Pepe and UM.

UM asks CS if he lives in Bolivia. CS replies yes in Santa Cruz. CS asks UM if he has been to Bolivia. UM replies no, adding that his friend goes there (Bolivia). UM mentions a General at the airport in Santa Cruz. CS ask if the General belongs to the police or to the military. UM says that he thinks he belongs to the military , but he is actually a captain. CS acknowledges. UM asks CS if he saw on the news that a man from Holland was arrested and his helicopter seized in Brazil. CS replies yes. UM states that he is a friend of his (UM), adding that he is his (UM) neighbor in Holland and he (UM) works with him. UM states that the man from Holland did business with him but got involved with too many people, adding that he is crooked. UM states that he owed him (UM) 1,500,000 dollars, adding that he (Hollandaise) was killed.

CS records: Sunday, October 18 in the city of Pereira, Colombia. End of the meeting with Ice, Rehinner and Pepe. The time is 17:12 PM.

[End of Recording]

**Kirk, Jeremy**                                                    **█████ – October, 18 / 2020**

USAO_000493

Summary:

[Beginning of Recording]

CS and MONTOYA leave the property. UF says good-bye to CS. CS and MONTOYA get in the car. MONTOYA tells CS that they (Pepe and UM) want to send the merchandise directly to the location. MONTOYA states that it is better because they (MONTOYA et al) are going to sell the merchandise and even if they make 10 dollars, it is still money. CS and MONTOYA say good-bye to Pepe from the car. CS asks if the Mexican that they (Pepe and UM) are talking about is El Mencho. MONTOYA replies El Mayo, adding that El Mencho used to work for El Mayo and was his (Mayo) right hand. MONTOYA says that El Mencho is from Jalisco Nueva Generacion Cartel. MONTOYA states that EL Mencho is 50 years old and El Mayo is 80 years old. MONTOYA tells CS that UM does not want anybody to know about the business with him (El Mayo). CS tells MONTOYA that that trip is going to be done. MONTOYA tells CS that he can invite Juan, the Mexican to the meeting on Thursday. CS notes that his name is Juan Carlo. CS tells MONTOYA that he had told him (Juan Carlo) to meet in 15 days and Thursday would be too soon but that he (CS) will talk to him and see if he can come. MONTOYA tells CS to tell his friend that this is another business. MONTOYA asks CS what he would have thought if he had not introduced Oscar to him (CS). CS replies that he would have thought that he (MONTOYA) was tricking him (CS).

CS states that for this kind of business the references are very important. CS explains that if he tells his friends that the merchandise is going to be sold by Rehinner, nobody knows him but if he (CS) says that the merchandise is going to be sold by Oscar, the situation changes because Oscar [HENAO] is a very well-known and respected person. CS asks MONTOYA if it would be possible to have Oscar sell it [product]. MONTOYA replies no because Oscar is involved in other business and he (MONTOYA) needs to be responsible for it (product) and cannot get lost, adding that he (CS) is his friend. CS asks MONTOYA if Oscar [HENAO] is in trouble right now. MONTOYA negates ad says that Oscar [HENAO] does not have money and he is not doing anything right now. MONTOYA states that he (MONTOYA) is the one who has the management of everything because he has the relationship with the people who are coming, selling and doing. MONTOYA tells CS that if they work with Oscar [HENAO], they will have to start from the beginning.

CS tells MONTOYA that he (CS) wanted to work with HENAO just for the reference. MONTOYA tells CS that he (MONTOYA) works in the name of Oscar [HENAO], adding that he treats him like if they were family. CS acknowledges. CS tells MONTOYA that he just wants Oscar [HENAO] to be the one who appears as the one doing the business.

MONTOYA says that the people are going to give the money to him (MONTOYA) or to CS. MONTOYA tells CS that he will take him (CS) to his (MONTOYA) friend's house to show him (CS) that he (MONTOYA) is able to place 1,000 in Cartagena. CS tells MONTOYA that it is not necessary and that he (CS) trusts him (MONTOYA).

**Kirk, Jeremy**                                                                **– October, 18 / 2020**

USAO_000494

**Oscar HENAO-Montoya**

MONTOYA tells CS that they will go to Cachaco's house because they will work with him, adding that he (Cachaco) is the one moving a lot of merchandise down there to Cauca. MONTOYA says he can tell Cachaco to sell him 100 at a time until he completes the 1,000. MOTOYA states that he can put that (product) in a warehouse little by little. MONTOYA tells CS that he will not rob him (CS). CS tells MONTOYA that he is not worried about it and invites MONTOYA to eat. MONTOYA replies that he (CS) is his guest and he (MONTOYA) will invite him.

MONTOYA tells CS that he will set an appointment for him (CS) in Bogota with other people. MONTOYA asks CS what time he leaves on Friday. CS replies that he will check on the time. [ASIDE: CS places a phone call and asks receiver to send him the ticket through WhatsApp]. MONTOYA tells CS that he is paying many bills but he has done very well, adding that in February next year, he will finish paying his debt. MONTOYA tells CS that tomorrow they need to be at Oscar's house at lunchtime.

CS and MONTOYA discuss where to go to lunch. MONTOYA tells CS that he will take him to a seafood restaurant. MONTOYA tells CS that the police is stopping people down the road. CS asks MONTOYA if there is control from here to there. Montoya replies yes. CS asks what he is going to do about his driver's license. MONTOYA replies to offer money.

CS tells MONTOYA that he travels on Friday at 6:00 am and will arrive at 7:00 am in Bogota. MONTOYA says that he (CS) needs to call UM and let him know that he cannot meet him on Thursday and to meet on Friday instead. CS replies that on Friday he does not have time to meet him but they (MONTOYA and CS) can travel by car to Bogota. MONTOYA replies that they can travel on Wednesday night to Bogota by car and they will arrive Thursday morning, adding that they will have all day Thursday for the meeting. MONTOYA tells CS that they can do other 2 meetings there (Bogota).

MONTOYA asks CS what time he travels on Friday from Bogota to Santa Cruz. CS replies at noon. MONTOYA tells CS that when they are in Bogota he will show him (CS) his harp [NFI], adding that he does not have it complete because the round trip costs 5,000,000 pesos but he will make 20,000 euros. MONTOYA states that if he does well with this business, he will stop doing deliveries. MOTOYA says that the pandemic affected his business. CS asks MONTOYA if they can got to the place that he told him (CS) in the mountain. MONTOYA replies that they will not have time to go to the mountain in Cauca, adding that the project over there would be wonderful and it has a good future. MONTOYA says that if they leave at 5:00 am they will arrive to the mountain at 8:00 am and if they leave the mountain at 11:00….CS interrupts and says that they would arrive at 2:00 pm at Oscar's house. CS asks MONTOYA if there's a place to sleep on the mountain and if it is dangerous. MONTOYA replies yes.

MONTOYA says that if they can work with the people in Cauca, they can partner with the people of Bolivia and become the largest producers in the heart of South America. MONTOYA adds that this project is better because the cocaine will disappear in the future or will be managed differently but the marijuana has a better future. MONTOYA comments about the medical properties of the marijuana.

**Kirk, Jeremy**                                          ██████ **– October, 18 / 2020**

MONTOYA tells CS that they should invite the family [referring to the business partners] to eat dinner to save time. CS tells MONTOYA that he does not want to waste time.

[End of Recording]

## Part 6

Summary:

[Beginning of Recording]

MONTOYA tells CS that right now he only owes 20,000 dollars, adding that he used to owe more money but he has been paying. [Noise in Background]

MONTOYA asks CS if he would like to go by car to Bogota. CS replies that he prefers to ride 10 hours by car than 30 minutes by airplane, adding that he has panic attacks on airplanes. CS states that he still travels on airplanes a lot because he needs to. MONTOYA tells CS that he would like to show him a little airplane that he has in partnership with another guy, adding that before they leave he (MONTOYA) will show it to him (CS).

MONTOYA places a phone call.

[Telephone Call Begins]

MONTOYA addresses caller as brother, further asking caller to tell his (MONTOYA) mom not to prepare lunch because they will go to the seafood restaurant later. MONTOYA says that the will go with ██ (CS) and asks caller to invite his (MONTOYA) sister in law and ██. MONTOYA states that the girls are coming too, adding that he will invite everybody to eat with the friend (CS) from Bolivia. MONTOYA tells caller to tell Vanessa and his mom to let Judy know that they are going out to eat. MONTOYA tells caller that they will meet later.

[Telephone Call Ends]

Simultaneously CS places a phone call

[Telephone Call Begins]

CS addresses caller as female friend, further asking how the count of votes is going and if she has seen something. CS tells caller that the lady had told her (Caller) that she (lady) did not have the 200 pesos to pay the truck when they did the download. CS addresses the caller as Martha, further telling caller that they need to find a way of taking possession next week. CS states that the problems with the left and with the right are going to end once they take possession of the land.

CS tells caller that he (CS) will talk to her (person) when he arrives in Santa Cruz, adding that he (CS) is in Cochabamba right now. CS states that he will talk to the lady about taking possession of the two lots. CS says goodbye to caller.

[Telephone Call Ends]

[Phone Rings] CS receives a phone call

[Telephone Call Begins]

CS tells caller he does not know either, adding they will find out it later and that they have to wait.

[Telephone Call Ends]

CS mentions the elections. MONTOYA replies that Bolivia is dealing with that right now and Evo is scared.

[Noise in Background] MONTOYA tells CS that he speeds on this road up to 170 kilometers per hour when he rides the motorcycle with his brother. CS replies that it is very dangerous. MONTOYA notes that this road is very good. CS comments that Bolivia does not have these kind of highways. MONTOYA states that the car he is driving right now only speeds up to 120 but with a good car, you can speed up go up to 150 to 160 on this road.

MONTOYA tells CS that he would have wanted CS to introduce a partner to him, adding that he (partner) wanted to meet him (CS) to do business. MONTOYA states that his friend has a nice black Ford, adding that he could not joined them because he is busy with his daughters and his family who arrived to visit him. MONTOYA notes that this partner is his boss right now and he (MONTOYA) works with him more than with anybody else. MONTOYA tells CS that his car is old. CS and MONTOYA engage in a conversation about cars. MONTOYA tells CS that someone stole his CD.

MONTOYA tells CS that this highway is very good all the way to Ecuador and that there are only a few bad parts. MONTOYA states that tomorrow they will not be able to drive the KIA Picanto because the tires are bad. MONTOYA says that there are cameras on the roads.

[End of Recording]

**Kirk, Jeremy**                                                   **████████ – October, 18 / 2020**

**Part 7**

This file does not have contents.