

| NEW YORK | FIRM and AFFILIATE OFFICES | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | E-MAIL: ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | A GCC REPRESENTATIVE OFFICE |
| HANOI | | OF DUANE MORRIS |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

June 25, 2024

**<u>VIA ECF</u>**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007-1502

   **Re:** **<u>*United States v. Olmes Duran Ibarguen, 21 cr. -692 (VEC)*</u>**

Dear Judge Caproni:

  We are the attorneys for Mr. Duran Ibarguen.  We write to inform the Court that the parties have resolved the issues at issue in defendant's pending motion for a bill of particulars and that, as a result, we ask the Court to consider that application withdrawn.

  Thank you for Your Honor's consideration.

        Respectfully submitted,

        */s/ Eric R. Breslin*

        Eric R. Breslin

cc:  All Counsel of Record (Via ECF)

**SO ORDERED**  _____
       Honorable Valerie E. Caproni, U.S.D.J

DUANE MORRIS LLPCAM *A DELAWARE LIMITED LIABILITY PARTNERSHIP*  GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800  PHONE: +1 973 424 2000 FAX: +1 973 424 2001
NEWARK, NJ 07102-5429