January 28-2025

Dear Clerk of Courts

Please date and time stamp this document and file on my docket.
Please also forward a copy of it to my judge.
Thanks.

United States of America
          V.
Olmes Duran Ibargüen

          Case 21 Cr. 692 (VEC)

→PRO SE MOTION REQUESTING A STATUS HEARING REGARDING THE REPRESENTATION BY MY COUNSEL, Martel v. Claire, 565 US. 648 (2012).-

    I'm not satisfied with the representation of my attorney Eric Breslin and would like to discuss the issues and request the court assign me another attorney.

I am currently under custody at ESSEX county correctional facility, and want to acknowledge this court that on december 23-2024 at 1:15 pm I did informed my attorney about some facts I become aware, and because that happens while awaiting extradition from Colombia to United States I though was not important related to my case.
There was a murder attempt against myself perpetrated by Jose Albeiro Arrigui aka "contador", chief commander of a faction from terrorist organization best known as "FARC". Such attempt was verify by colombian authorities in front of many witness while under custody by Judiciary order from the United States government at "PICOTA" prison in Colombia.
I know prosecution is a duty from government here in the United States, and thats why I did informed Mr. Breslin to let these facts being know by the prosecution. Mr. Breslin said the prosecution didn't said nothing at all.

There are other issues regarding my health condition but I will discuss them in front of your honor at court.

Your Honor

My attorney Eric Breslin is not representing me loyalty, profesionally, and ethically. Thats why I do ask you to assign me a new one

Thank you.

Sincerily.

Olmes Duran Ibarguen



From: Olmes Duran Ibarguen #24702766
354 Doremus Ave.
Newark, New Jersey
NJ

Bed-AO DD DANIELS MJ 070

RECEIVED
MAR 10 2025
CLERK'S OFFICE
S.D.N.Y.

criminal
Docketing

To: CLERK OF THE COURT
Southern District of New York
500 Pearl Street
New York, NY 10007

US POSTAGE IMI PITNEY BOWES

ZIP 07105
02 7H
0006112508    FEB 26 2025

$ 005.54⁰

FIRST-CLASS

3 MAR 2025 PM

10007-133099