

FIRM and AFFILIATE OFFICES

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
E-MAIL: ERBreslin@duanemorris.com

www.duanemorris.com

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

ALLIANCES IN MEXICO
AND SRI LANKA

March 12, 2025

**VIA ECF**

Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> **Re:    United States v. Olmes Duran Ibarguen, No. 21-cr-00692 (VEC)**

Dear Judge Caproni:

  We are the attorneys for Olmes Duran Ibarguen.  We write regarding the *pro se* motion filed by Mr. Duran Ibarguen requesting a status hearing regarding his representation. (ECF 141). Mr. Duran Ibarguen's letter is dated January 28, 2025. (*Id.* at 1).  As the Court is aware, we submitted a letter motion regarding Mr. Duran Ibarguen's health on January 29, 2025 (filed under seal). This letter motion asked the Court to disregard the handwritten letter submitted by Mr. Duran Ibarguen to the Court per Mr. Duran Ibarguen's instructions. (*Id.*).

  Mr. Duran Ibarguen wishes to retain current counsel, and any misunderstandings have been resolved.  Accordingly, we ask the Court to deny Mr. Duran Ibarguen's *pro se* motion as moot.

  For the Court's convenience, we have included a "So Ordered" line should the Court grant our request.  Thank you for your consideration.

DUANE MORRIS LLP    A DELAWARE LIMITED LIABILITY PARTNERSHIP  DAVID A. SUSSMAN, RESIDENT PARTNER

200 CAMPUS DRIVE, SUITE 300  PHONE: +1 973 424 2000   FAX: +1 973 424 2001
FLORHAM PARK, NJ 07932-1007
DM1\16336688.1

DuaneMorris

Honorable Valerie E. Caproni
March 12, 2025
Page 2

Respectfully submitted,

/s/ Eric R. Breslin

Eric R. Breslin

cc:  All Counsel of Record (Via ECF)

**SO ORDERED**   _____

Honorable Valerie E. Caproni, U.S.D.J.